STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ANGEL LUIS GALARZA RODRIGUEZ                Case No.   11-05865-SEK

                                 Chapter 13      Attorney Name:   JUAN O CALDERON LITHGOW*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [ ]Present | [X] Absent |
| Joint Debtor | [ ]Present | [ ] Absent |
| Attorney for Debtor | [ ]Present | [X] Absent |

[ ] Prose
[ ] Substitute

Date & Time:   8/17/2011   2:55:00PM
[ ] R      [X] NR    LV:
[ ] This is debtor(s) 0 Bankruptcy filing.

Creditors:

None

**II. Oath Administered**
    [ ] Yes         [X] No

**III. Plan**

Date:   07/11/2011       Base:    $13,500.00   Payments 0 made out of 1 due.

Confirmation Hearing Date:    9/16/2011   1:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
    $0.00  -  $0.00    =  $0.00

**IV. Status of Meeting**

[ ] Closed     [X] Not Held     [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[X] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [X] Appear: [X] Commence payments
 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):
 [ ] MTD Already filed, see Docket:
 [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ANGEL LUIS GALARZA RODRIGUEZ           Case No.   11-05865-SEK

                                       Chapter 13      Attorney Name:   JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[ ] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
|  |    [ ] State  - years |
| [ ] Fails liquidation value test | |
| [ ] Insuarence quote | [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
|  |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
|  | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
|  |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

**s/Rosamar García**                                                            Date:    08/17/2011

**Trustee/Presiding Officer**                                                          (Rev. 02/11)