STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

**ANGEL LUIS GALARZA RODRIGUEZ**  Case No. 11-05865-MCF

Chapter 13  Attorney Name: JUAN O CALDERON LITHGOW*

**I. Appearances**

| | | |
|---|---|---|
| Debtor | [X] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [X] Present | [ ] Absent |

[ ] Prose
[ ] Substitute

Date & Time: 11/10/2011  1:12:00PM
[X] R   [ ] NR   LV: tbd
[X] This is debtor(s) 1 Bankruptcy filing.
Creditors:

None

**II. Oath Administered**
[X] Yes   [ ] No

**III. Plan**

Date: 07/11/2011   Base: $13,500.00   Payments 2 made out of 3 due.

Confirmation Hearing Date: 11/30/2011 9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**
$0.00 - $0.00 = $0.00

**IV. Status of Meeting**

[X] Closed   [ ] Not Held   [ ] Held/Continued
[ ] Held/Not Closed

[ ] Continued

Continued Date:
Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments
[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):
[ ] MTD Already filed, see Docket:
[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ANGEL LUIS GALARZA RODRIGUEZ        Case No.  11-05865-MCF

                                    Chapter 13    Attorney Name:  JUAN O CALDERON LITHGOW*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |   [ ] State  - years |
| [ ] Insuarence quote | [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income<br> See comments below under Item #3 | |

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

**ANGEL LUIS GALARZA RODRIGUEZ**  Case No. **11-05865-MCF**

Chapter 13   Attorney Name: **JUAN O CALDERON LITHGOW***

**COMMENTS**

1) Amend Schedule B to include inheritance interest of approximately value of $30,000 relating to father's death. Mother is the widow and there are 3 heirs including the debtor.

2) Provide evidence of post petition payments to ASUME commencing with August 2011 up to confirmation.

3) Debtor has some business records (receipts of purchase of materials) from which he will prepare evidence of income. Having reviewed all pertinent documentation, debtor to prepare compilation of gross income for 6 months prior to petition with a statement under penalty of perjury as to hwo he reached those figures.

4) Provide evidence of third plan payment.

s/Miriam Salwen    Date: 11/10/2011

**Trustee/Presiding Officer**    (Rev. 02/11)